**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PATRICIA APARICIO, et al., | ) | 3:13-CV-0281-HDM (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 27, 2014 |
| | ) | |
| URS BAUMANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Defendant filed a petition for publication of order granting defendant Urs Baumann's motion for protective order (#21). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

      IT IS ORDERED that defendant's petition for publication of order granting defendant Urs Baumann's motion for protective order (#21) is GRANTED. The court will forward order (#18) for publication.

      **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                By:          /s/
                                             Deputy Clerk